## STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

# NOT DESIGNATED FOR PUBLICATION

Thomas Allen Filo
Cox, Cox, & Filo
723 Broad Street
Lake Charles LA 70601

Michael Kevin Cox
Cox, Cox, Filo, Camel & Wilson
723 Broad St.
Lake Charles LA 70601

Richard Elliott Wilson
Cox, Cox & Filo
723 Broad Street
Lake Charles LA 70601

Stephen Barnett Murray
Murray Law Firm
650 Poydras Street, Ste 2150
New Orleans LA 70130

Stephen Barnett Murray, Jr.
Murray Law Firm
650 Poydras St., Suite 2150
New Orleans LA 70130

Arthur M. Murray
Murray Law Firm
650 Poydras St., Suite 2150
New Orleans LA 70130

Jessica W. Hayes
Murray Law Firm
650 Poydras St., #2150
New Orleans LA 70130

Stuart Housel Smith
Smith Stagg, LLC
365 Canal St. #2850
New Orleans LA 70130

Michael Gregory Stag
Smith Stag, LLC
365 Canal St., #2850
New Orleans LA 70130

Warren A. Perrin
Perrin, Landry, et al
P. O. Box 53597
Lafayette LA 70505

### REHEARING ACTION: September 19, 2012

**Docket Number: 12   00711-CW**

**TEXACO EXPLORATION & PRODUCTION CO., INC.**
**VERSUS**
**HILCORP ENERGY COMPANY**

**Writ Application from Vermilion Parish Case No. 9871298**

**BEFORE JUDGES:**

    **Hon. Elizabeth A. Pickett**
    **Hon. James T. Genovese**
    **Hon. Shannon J. Gremillion**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Jonas Perrin, et al** has this day been

    **DENIED.**
Genovese, J., denied only as per Court Rule 2-18.7

cc: Louis Victor Gregoire, Jr., Counsel for  the Respondent
    Pamela Roman Mascari, Counsel for  the Respondent
    Michael R. Phillips, Counsel for  the Respondent
    Robert E. Meadows, Counsel for  the Respondent
    Carol M. Wood, Counsel for  the Respondent
    Tara K. Kelly, Counsel for  the Respondent
    Charles Simon McCowan, III, Counsel for  the Respondent
    Brittany L. Buckley, Counsel for  the Respondent
    Shelby W. Stratmann, Counsel for  the Respondent
    Paul Joseph Hebert, Counsel for  the Respondent
    Mark D. Sikes, Counsel for  the Respondent
    Valerie Guidry, Counsel for  the Respondent
    David K. McCrory, Counsel for  the Respondent
    J. Bradley Duhe, Counsel for  the Respondent
    William H. L. Kaufman, Counsel for  the Respondent